UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN REYES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN J. DOERER,<br><br>　　　　　　Respondent. | Case No. 2:23-cv-10051-SSS-JC<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the June 5, 2024 Report and Recommendation of United States Magistrate Judge.

//

//

//

**IT IS HEREBY ORDERED** that (1) Respondent's Motion Dismiss is **GRANTED**; (2) the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition") is **DENIED** and the Petition and this action are **DISMISSED WITH PREJUDICE**; (3) Judgment shall be entered accordingly; and (4) the Clerk shall serve copies of this Order and the Judgment on Petitioner and counsel for Respondent.

**IT IS SO ORDERED.**

DATED: August 9, 2024

SUNSHINE S. SYKES
United States District Judge