**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN REYES, | Case No. 2:23-cv-10051-SSS-JC |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN J. DOERER, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition") is **DENIED** and the Petition and this action are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: August 9, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-